March 8, 2007PS 8
(8/88)

# United States District Court
for
## Western District of Tennessee

**U.S.A. vs. Tim Deaton**                          **Docket No. 06-20309-06-ML**

### Petition for Action on Conditions of Pretrial Release

COMES NOW PRETRIAL SERVICES OFFICER Murray Fullner presenting an official report upon the conduct of defendant who was placed under pretrial release supervision by the Honorable James H. Allen sitting in the court at Memphis, Tennessee, on the 21st day of September 2006 under the following conditions:

1) Report as directed by the Pretrial Services Office, 2) Maintain or actively seek employment, 3) Restricted in residence and travel to the Western District of Tennessee without prior approval from Pretrial Services, 4) Refrain from any unlawful use or possession of a controlled substance, 5) Submit to substance abuse testing as required by Pretrial Services, and 6) Participate in a program of substance abuse testing, education, or treatment if deemed advisable by Pretrial Services

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Refrain from any unlawful use or possession of a controlled substance
On February 1, 2007, Tim Deaton signed a voluntary admission to having unlawfully used Lortab and cough syrup, on or about January 30, 2007, and February 1, 2007, respectively. Upon being directed to participate in outpatient substance abuse treatment at ACAR (Alcohol and Chemical Abuse Rehab, Inc.) in Memphis, the defendant submitted a specimen at ACAR on February 7, 2007, which tested positive for cocaine. He, thereafter, submitted a urinalysis specimen at the Pretrial Services Office on February 20, 2007, which was positive for cocaine and hydromorphone.

Participate in a program of substance abuse testing, education, or treatment if deemed advisable by Pretrial Services
Since beginning outpatient treatment at ACAR on February 7, 2007, Tim Deaton was asked to leave a group session on March 5, 2007, after falling asleep and, on March 7, 2007, failed to show for required drug testing.

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant so that Tim Deaton may appear and show cause as to why his bond should not be ordered revoked.

Bond Recommended:  None

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 8 ᵗʰ day of March, 2007, and ordered filed and made a part of the records in the above case. | Executed on March 8, 2007 |
| | s/ murray fullner |
| s/James H. Allen | Murray Fullner<br>Supervisory Pretrial Services Officer |
| U.S. District Judge/Magistrate | Place    Memphis, Tennessee |